UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
ANNIE MAY LEONARD,                  )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   C.A. No. 15-155 S
                                    )
CAROLYN COLVIN, Acting              )
Commissioner of the Social          )
Security Administration,            )
                                    )
        Defendant.                  )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On March 29, 2016, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation ("R&R") in this appeal of the Social Security Administration's decision to deny Plaintiff Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. (ECF No. 24.) Magistrate Judge Almond recommended that this Court deny Plaintiff's Motion to Reverse the Defendant's Final Decision (ECF No. 21) and grant Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 23). No objections to the R&R were filed, and the time for doing so has passed. Accordingly, the Court hereby accepts the R&R pursuant to 28 U.S.C. § 636(b)(1).

The R&R is ADOPTED and

(1) Plaintiff's Motion to Reverse the Defendant's Final Decision (ECF No. 21) is DENIED; and

(2) Defendant's Motion for an Order Affirming the Decision of the Commissioner (ECF No. 23) is GRANTED.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date: May 31, 2016